IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE, <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR TREE STORES, INC., a Virginia corporation, <br><br> Defendant. | Case No. 1:24-cv-1860 <br><br> Honorable Jeremy C. Daniel |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DOLLAR TREE STORES, INC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE**

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant Dollar Tree Stores, Inc. under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears (IL Bar #: 6327770)
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Mokena, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: June 11, 2024

1