**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Lois White
                           Plaintiff,

v.                                              Case No.: 1:24–cv–01860
                                                        Honorable Jeremy C. Daniel

Dollar Tree Stores, Inc.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 12, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the Notice of Voluntary Dismissal [11], this case is dismissed with prejudice. Civil case terminated. Mailed notice(vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.